UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re   JAMES JONES | : | Chapter 7 |
| | : | |
| Debtor | : | Bky.  No. 20-13163 ELF |
| | | |
| **AILEEN K. SCROGGINS,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **JAMES JONES,** | : | |
| | : | |
| Defendant | : | Adv.  No. 20-260 |
| | : | |

# O R D E R

**AND NOW**, upon consideration of the Plaintiff's Motion for Summary Judgment ("the Motion"), the Defendant's response thereto and the parties' respective memoranda;

**AND**, for the reasons stated in the accompanying Memorandum;

It is hereby **ORDERED** and **DETERMINED** that:

1. The Motion is **GRANTED**.

2. The Defendant's debt to the Plaintiff arising from the decrees entered by the Court of Common Pleas, Philadelphia County (Phila. Orph. Ct. No. 19-00066) on June 30, 2020, July 30, 2020 and September 14, 2020 is **NONDISCHARGEABLE** under 11 U.S.C. §523(a)(4).

Date:  January 20, 2022

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE